IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     XCEL ENERGY, INC.,
2.     PUBLIC SERVICE COMPANY OF COLORADO,
3.     RPI COATING, INC.,
4.     PHILIPPE GOUTAGNY, AND
5.     JAMES THOMPSON,

      Defendants.

---

## RENEWED MOTION FOR THE DISCLOSURE OF THE TERMS AND AMOUNT OF THE SETTLEMENT

---

As the court is aware, the Government is in possession of the terms and amount of a settlement entered into by Xcel Energy Inc. and Public Service Company of Colorado (collectively referred to as "the Xcel Defendants") and the plaintiffs in a civil case involving the same accident that is the subject of this criminal case. RPI is hereby renewing its motion for the Court to order that the terms and amount of the civil settlement be disclosed to all defendants.

Many of the plaintiffs in the parallel civil suit are witnesses in this criminal case. Xcel settled with the plaintiffs in that suit. RPI has not settled the civil case and is in the midst of litigation with these same plaintiffs/witnesses.

The Government previously filed a Motion entitled, "Government's Motion for Court Resolution of a Discovery Issue Pursuant to Rule 16(d)(1)." [Doc. #110]. Defendants RPI, Mr.

1

Goutagny, and Mr. Thompson filed a response to the Government's motion requesting the Court order disclosure of the settlement terms [Doc. #115]. On March 18, 2010, the Court denied the motion without prejudice essentially indicating that at that time the matter was not yet ripe.

The aforementioned criminal case has now been set for trial. The terms and amount of the settlement should be made available to RPI. The civil plaintiffs, who are also witnesses in this criminal case, have been paid assumingly large sums of money by the Xcel Defendants. These witnesses, therefore, have a different motivation and bias when they testify about Xcel's conduct versus RPI's conduct. Showing of a witness' motivation or bias is an essential part of the constitutionally guaranteed right to confront and cross-examine witnesses. *U.S. v. Sarracino,* 340 F.3d 1148, 1167 (10th Cir. 2003). RPI should be able to use the terms and amount of the settlement to cross examine the witnesses' motive and bias for testifying in a particular way. The constitutional mandate of *Brady v. Maryland,* 373 U.S. 83 (1963), and *Giglio v. United States,* 405 U.S. 150 (1972) requires disclosure of material favorable to the accused or impeachment material.

While the Government's initial pleading asked the Court to determine whether the information requested was relevant and should be disclosed, on December 17, 2010 the Government agreed with counsel for RPI that this information is probative of the witnesses' motive and bias. The Government does not oppose the Court ordering disclosure of the terms and amount of the Xcel settlement.

WHEREFORE, RPI requests an order requiring the Government to provide the terms and amount of the settlement entered into by the Xcel Defendants and the plaintiffs/witnesses.

. . .

. . .

Respectfully submitted this 23rd day of December, 2010.

*s/ Dru Nielsen*
Dru Nielsen
dnielsen@rplaw.com
Larry S. Pozner
lpozner@rplaw.com
REILLY POZNER LLP
511 16th Street, Suite 700
Denver, CO 80202
Phone: (303) 893-6100
Fax: (303) 893-6110

COUNSEL FOR DEFENDANTS
RPI COATING, INC. AND
PHILIPPE GOUTAGNY

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2010 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jaime Pena
U.S. Attorney's Office-Denver
1225 17th Street, #700
Denver , CO  80202
Email: Jaime.pena2@usdoj.gov

Cliff Stricklin
Linnea Brown
Michael J. Hofmann
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Email: cliff.stricklin@hro.com
      Michael.Hofmann@hro.com
      Nea.Brown@hro.com
Attorneys for Xcel Energy, Inc. and Public
Service Company of Colorado

David Scott Kaplan
Haddon, Morgan & Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
Email: dkaplan@hmflaw.com
Attorney for James Thompson

    _s/ Dru Nielsen_____