IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.
2. PUBLIC SERVICE COMPANY OF COLORADO
3. **RPI COATING, INC.**
4. PHILIPPE GOUTAGNY
5. JAMES THOMPSON,

    Defendants.

## ORDER

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss Remaining Count 6 of the Indictment as to Defendant RPI Coating, Inc. at Sentencing (ECF Doc. #336), filed December 15, 2011, is **GRANTED.** It is further

ORDERED that Count 6 of the Indictment against the defendant be dismissed as to RPI Coating, Inc. only.

Dated: December 19, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE